Thomas J. Ryan, appellant, v. William Tobin et al., appellees. Gen. No. 26,827.

Suit for injunction. Injunction granted. On motion to dissolve the bill was dismissed, the injunction dissolved, suggestion of damages filed and damages assessed against complainant. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed December 30, 1921.

E. R. Hartigan, for appellant. Ransom E. Walker, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

P. C. Moore, trading as Electrical Service & Engineering Company, appellee, v. Chicago Electric Construction Company, appellant. Gen. No. 26,840.

Action for commissions on the sale of electrical apparatus. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed December 30, 1921.

Meyer Shapiro, for appellant. Joseph Rosenberg, for appellee; Benjamin Rosenberg, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Bertha Scheck, appellant, v. Louis I. Gottlieb, appellee. Gen. No. 26,849.

Action against an attorney at law for falsely and maliciously suing out a writ of *capias ad satisfaciendum* against plaintiff and causing her to be imprisoned thereunder. Verdict and judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921. Rehearing denied January 10, 1922.

Herman P. Haase, for appellant. G. A. Buresh, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Winfield H. Schendorf and Oscar Boenicke, trading as Schendorf & Boenicke, appellees, v. H. P. Apt, appellant. Gen. No. 26,859.

Action for commissions earned in the sale of real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Irwin R. Hazen, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

R. C. Weichbrodt and Chilton P. Wilson, for appellant. Henry M. Hagan, for appellees.

Mr. Justice Morrill delivered the opinion of the court.